IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| WILLIE BROWN, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-CV-00240-C |
| § | |
| LUBBOCK COUNTY COURT, *et al.*, § | |
| § | |
| Respondents. § | |

### JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's petition for writ of habeas corpus is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated October 25, 2023.

SAM R. CUMMINGS
Senior United States District Judge